PROB. 12B
(7/93)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 23 2007

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

# United States District Court

## for the

### DISTRICT OF HAWAII

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  PAUL T. SHIRAKI          Case Number:  CR 03-000129HG-01

Name of Sentencing Judicial Officer:   The Honorable Helen Gillmor
Chief U.S. District Judge

Date of Original Sentence:  7/26/2004

Original Offense:   Possession With Intent to Distribute Five Grams or More of
Methamphetamine, in violation of 21 U.S.C. § 841(a)(1),
a Class B felony

Original Sentence:   Forty-six (46) months imprisonment, to be followed by four (4)
years supervised release with the following special conditions:
1) The defendant shall participate in a substance abuse program,
which may include drug testing at the discretion and direction of the
Probation Office; 2) The defendant is prohibited from possessing
any illegal or dangerous weapons; and 3) The defendant shall
provide the Probation Office access to any requested financial
information.

Type of Supervision: Supervised Release     Date Supervision Commenced: 2/12/2007

## PETITIONING THE COURT

[X]    To modify the conditions of supervision as follows:

*General Condition:*          *That the defendant shall refrain from any unlawful use of a
controlled substance. The defendant shall submit to one
drug test within 15 days of the commencement of
supervision and at least two drug tests thereafter but no
more than eight valid drug tests per month during the term of
supervision (mandatory condition).*

Prob 12B
(7/93)

2

| Special Condition No. 1: | That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment. |

## CAUSE

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1.  Special Condition No. 1 | The subject refused to comply with drug testing on 6/12/2007 and 9/21/2007. |

Our office was informed by Freedom Recovery Services (FRS) that on 6/12/2007 and 9/21/2007, the subject failed to submit a urine specimen for testing.  As the subject was oriented to the requirements of the drug testing program, he is charged with refusal to comply with drug testing.  With respect to both testing dates, the subject stated that he thought he called FRS and was not sure how he missed drug testing.  He did admit that he was busy on 9/21/2007 building a wheelchair ramp for his father and may have forgotten to call FRS.  The subject was verbally admonished and warned to be more careful in the future.

The subject completed substance abuse counseling at FRS and continues to submit to random drug testing.  The offender submitted approximately 27 drug tests, all of which tested negative for illicit drugs.  He is gainfully employed by Reynolds Recycling.

Considering the subject's past problems with methamphetamine and in light of U.S. vs. Stephens, we are requesting that the Court modify the mandatory drug testing condition (General Condition) to allow for additional drug testing.  We are also requesting that Special Condition No. 1 be revised to include updated language.  Our office believes that it is prudent to randomly test the subject for illicit drug use until the expiration of supervision.

Prob 12B
(7/93)

3

As noted by his signature on the attached Waiver of Hearing form (Probation Form 49), the subject maintains no objections to this recommendation.  The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modifications.

Respectfully submitted by,

FRANK M. CONDELLO, II
U.S. Probation Officer

Approved by:

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

Date:  11/16/2007

THE COURT ORDERS:

[ X ]  The Modification of Conditions as Noted Above
[    ]  Other

HELEN GILLMOR
Chief U.S. District Judge

11 / 21 / 07
Date



PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]    To modify the conditions of supervision as follows:

General Condition:    *That the defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision (mandatory condition).*

Special Condition No. 1:    *That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.*

Witness:  _Frank M. Condello II_    Signed:  _Paul Shiraki_
FRANK M. CONDELLO, II                    PAUL T. SHIRAKI
U.S. Probation Officer                        Supervised Releasee

_11/14/2007_
Date